WALTER H. SWAYZE III, ESQ. (*pending pro hac vice*)
Pennsylvania Bar No. 0059101
Pete.Swayze@LewisBrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 E. Swedesford Road, Suite 270
Wayne, PA 19087
TEL: (215) 977-4089
FAX: (215) 977-4101

DARRELL D. DENNIS, ESQ.
Nevada Bar No. 006618
Darrell.Dennis@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789

BRANDON D. WRIGHT, ESQ.
Nevada Bar No. 13286
Brandon.Wright@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511
TEL: 775.827.6440
FAX: 775.827.9256

*Attorneys for Defendants,* BIOMET, INC., BIOMET ORTHOPEDICS, LLC, F/K/A BIOMET ORTHOPEDICS, INC., DJO GLOBAL, INC.; and ENCORE MEDICAL, L.P. D/B/A DJO SURGICAL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| DEBRA GREGOIRE,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>BIOMET, INC., BIOMET ORTHOPEDICS, LLC, F/K/A BIOMET ORTHOPEDICS, INC., DJO GLOBAL, INC.; and ENCORE MEDICAL, L.P. D/B/A DJO SURGICAL, and DOES 1 500,<br><br>　　　　Defendants. | CASE NO. 3:20-cv-00077-MMD-CLB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

/ / /

4847-5393-9388.1

1   The parties, by and through their undersigned counsel of record, hereby stipulate
2   and agree that the time for Defendants BIOMET, INC., BIOMET ORTHOPEDICS, LLC,
3   F/K/A BIOMET ORTHOPEDICS, INC., DJO GLOBAL, INC. and ENCORE MEDICAL,
4   L.P. D/B/A DJO SURGICAL to file their response to Plaintiffs' Amended Complaint, be
5   extended until May 29, 2020.

### Reason for Extension

Because of the limitations and challenges presented by CV-19 and the complexity and extent of the allegations and claims made in Plaintiffs' Amended Complaint, Defendants BIOMET, INC., BIOMET ORTHOPEDICS, LLC, F/K/A BIOMET ORTHOPEDICS, INC., DJO GLOBAL, INC.; and ENCORE MEDICAL, L.P. D/B/A DJO SURGICAL require additional time to perform an investigation prior to filing their responsive pleading and to respond accordingly.  This stipulation is made in good faith and not for the purpose of delay.

26  / / /
27  / / /
28  / / /



4847-5393-9388.1             2

This is the first extension of time requested by counsel for filing Defendants response to Plaintiffs' Amended Complaint.

DATED this 27th day of May, 2020.

LEWIS BRISBOIS BISGAARD & SMITH

*/s/ Darell D. Dennis*
DARRELL D. DENNIS, ESQ.
Nevada Bar No. 006618
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

BRANDON D. WRIGHT, ESQ.
Nevada Bar No. 13286
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511

WALTER H. SWAYZE III, ESQ.
(*pending pro hac vice*)
Pennsylvania Bar No. 0059101
550 E. Swedesford Road, Suite 270
Wayne, PA 19087

Attorneys for Defendants,
BIOMET, INC., BIOMET ORTHOPEDICS, LLC, F/K/A BIOMET ORTHOPEDICS, INC., DJO GLOBAL, INC.; and ENCORE MEDICAL, L.P. D/B/A DJO SURGICAL

DATED this 27th day of May, 2020.

HUTCHISON & STEFFEN, PLLC.

*/s/ Devon T. Reese*
DEVON T. REESE,
Nevada Bar No. 7496
JASON D. GUINASSO,
Nevada Bar No. 8478

ALEX R. VELTO,
Nevada Bar No. 14961
500 Damonte Ranch Parkway, Suite 980
Reno, Nevada 89521

Attorneys for Plaintiff DEBRA GREGOIRE

/ / /
/ / /
/ / /

## ORDER

IT IS SO ORDERED.

Dated this 27th day of May 2020.

_____
MIRANDA M. DU
U.S. DISTRICT COURT JUDGE