1  WALTER H. SWAYZE III, ESQ. (*pending pro hac vice*)
   Pennsylvania Bar No. 0059101
2  Pete.Swayze@LewisBrisbois.com
   LEWIS BRISBOIS BISGAARD & SMITH LLP
3  550 E. Swedesford Road, Suite 270
   Wayne, PA 19087
4  TEL: (215) 977-4089
   FAX: (215) 977-4101
5
   DARRELL D. DENNIS, ESQ.
6  Nevada Bar No. 006618
   Darrell.Dennis@lewisbrisbois.com
7  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
8  Las Vegas, Nevada 89118
   TEL: 702.893.3383
9  FAX: 702.893.3789

10 BRANDON D. WRIGHT,ESQ.
   Nevada Bar No. 13286
11 Brandon.Wright@lewisbrisbois.com
   LEWIS BRISBOIS BISGAARD & SMITH LLP
12 5555 Kietzke Lane, Suite 200
   Reno, Nevada 89511
13 TEL: 775.827.6440
   FAX: 775.827.9256
14 *Counsel for Defendants, DJO Global, Inc.*
   *Encore Medical L.P. d/b/a DJO Surgical*
15 *DJO, LLC*

16                    **UNITED STATES DISTRICT COURT**

17                         **DISTRICT OF NEVADA**

18 | DEBRA GREGOIRE | CASE NO. 3:20-cv-00077-MMD-CLB |

19                    Plaintiff,

20       vs.                              **STIPULATION OF VOLUNTARY**
                                          **DISMISSAL PURSUANT TO F.R.C.P. 41**
21 BIOMET, INC.; BIOMET                   **(a)(1)(A)(ii)**
   ORTHOPEDICS, LLC, F/K/A BIOMET
22 ORTHOPEDICS, INC.; DJO GLOBAL,
   INC.; ENCORE MEDICAL, L.P. D/B/A
23 DJO SURGICAL; DJO, LLC.

24                    Defendants.

25
          IT IS HEREBY STIPULATED AND AGREED by and between the parties to this
26
   Stipulation, Plaintiff and DJO Global, Inc., and their respective counsel, that the above-captioned
27
   action is voluntarily dismissed, ***without prejudice***, against the Defendant, DJO Global, Inc.,
28
   pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii).  It is further stipulated and agreed


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4837-3683-1670.1

1 that the undersigned counsel for DJO Global, Inc. agrees that DJO Global, Inc. will not raise any

2 statute of limitations defense(s) for the causes of action stated in Plaintiff's First Amended

3 Complaint should Plaintiff seek to timely amend her Complaint to join DJO Global, Inc. at a later

4 date during the pendency of this litigation.  The Parties agree that DJO Global, Inc. does not waive

5 or release any statute of limitations defenses which could have been asserted prior to the filing of

6 the original Complaint (ECF No. 1).  The Parties further agree that should Plaintiff move to amend

7 to add the dismissed party, DJO Global, Inc., Plaintiff will move to amend in advance of the

discovery cutoff date or equivalent discovery deadline.

| Dated this 28th day of May, 2020. | Dated this 28th day of May, 2020. |
|---|---|
| HUTCHISON & STEFFEN, PLLC | BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C. |
| ___/s/ Devon T. Reese_____<br>DEVON T. REESE<br>Nevada Bar No. 7496<br>JASON D. GUINASSO<br>Nevada Bar No. 8478<br>ALEX R. VELTO<br>Nevada Bar No. 14961<br>500 Damonte Ranch Parkway, Suite 980<br>Reno, Nevada 89521<br>*Attorney for Plaintiff* | ___/s/ W. Roger Smith, III_____<br>W. ROGER SMITH, III<br>WESLEY CHADWICK COOK<br>RYAN J. DUPLECHIN<br>218 Commerce St.<br>Montgomery, Alabama 36104<br>*Counsel for Plaintiff (Pro Hac Vice Pending)* |
| Dated this 28th day of May, 2020. | Dated this 28th day of May, 2020. |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| ___/s/ Brandon D. Wright_____<br>DARRELL D. DENNIS<br>Nevada Bar No. 006618<br>BRANDON D. WRIGHT<br>Nevada Bar No. 13286<br>5555 Kietzke Lane, Suite 200<br>Reno, Nevada 89511<br>*Counsel for Defendants, DJO Global, Inc. Encore Medical L.P. d/b/a DJO Surgical DJO, LLC* | ___/s/ Walter H. Swayze, III_____<br>WALTER H. SWAYZE, III<br>Pennsylvania Bar No. 0059101<br>550 E. Swedesford Road, Suite 270<br>Wayne, PA 19087<br>*Counsel for Defendants, DJO Global, Inc Encore Medical L.P. d/b/a DJO Surgical DJO, LLC*<br>*(Pro Hac Vice Pending)* |

26

27 / / /

28 / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4837-3683-1670.1                                                    2

1    **IT IS SO ORDERED.**

2

3    _____
     MIRANDA M. DU
4    UNITED STATES DISTRICT JUDGE

5                  _5/29/2020_
                       DATE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4837-3683-1670.1                        3