WALTER H. SWAYZE III, ESQ. (*pro hac vice*)
Pennsylvania Bar No. 0059101
Pete.Swayze@LewisBrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 E. Swedesford Road, Suite 270
Wayne, PA 19087
TEL: (215) 977-4089
FAX: (215) 977-4101

DARRELL D. DENNIS, ESQ.
Nevada Bar No. 006618
Darrell.Dennis@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789

BRANDON D. WRIGHT, ESQ.
Nevada Bar No. 13286
Brandon.Wright@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511
TEL: 775.827.6440
FAX: 775.827.9256
*Attorneys for Defendants,* BIOMET, INC., BIOMET ORTHOPEDICS, LLC, F/K/A BIOMET ORTHOPEDICS, INC., DJO GLOBAL, INC.; and ENCORE MEDICAL, L.P. D/B/A DJO SURGICAL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| DEBRA GREGOIRE,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>BIOMET, INC., BIOMET ORTHOPEDICS, LLC, F/K/A BIOMET ORTHOPEDICS, INC., DJO GLOBAL, INC.; and ENCORE MEDICAL, L.P. D/B/A DJO SURGICAL, and DOES 1 500,<br><br>　　　　　Defendants. | CASE NO. 3:20-cv-00077-MMD-CLB<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND CASE MANAGEMENT REPORT** |

/ / /

4817-0552-9027.1

COMES NOW Defendants BIOMET, INC., BIOMET ORTHOPEDICS, LLC, F/K/A BIOMET ORTHOPEDICS, INC., DJO GLOBAL, INC. and ENCORE MEDICAL, L.P. D/B/A DJO SURGICAL and Plaintiff, DEBRA GREGOIRE, by and through their undersigned counsel of record and hereby stipulate and agree to continue the parties Case Management Conference currently schedule for Thursday July 23, 2020, at 11:00 and Case Management Report currently due on or about July 16, 2020, by thirty days (30) days or to date convenient for the Court.

### Reason for Continuance

In accordance with the Court's Order Setting Case Management Conference (Doc. 42), the Parties held a discovery-planning conference by telephone on July 13, 2020. Under the Court's current Order, the Case Management Report is due July 16, followed by the Case Management Conference on July 23, which requires lead counsel for each side to appear by video. (Order; Doc. 42 at 1:18-19).

Defendants' lead counsel (Mr. Swayze) underwent total joint replacement surgery on June 29, 2020.  Mr. Swayze respectfully seeks thirty (30) days to navigate his post-surgical medical care during the current COVID-19 crisis to ensure his speedy and complete recovery.  Additionally, the delays associated with information gathering and client communications during COVID-19 have been substantially impaired and additional time is respectfully requested.

Plaintiff and Defendants' counsel have discussed the situation and stipulate to continue this matter's current deadlines as follows:

**Original Deadline**

- Case Management Report:            July 16, 2020
- Case Management Conference:        July 23, 2020

**Proposed Deadline**

- Case Management Report:            August 14, 2020
- Case Management Conference:        August 24, 2020

This stipulation is made in good faith and not for the purpose of delay.

DATED this 15th day of July, 2020.

LEWIS BRISBOIS BISGAARD & SMITH

/s/ Walter H. Swayze III, Esq.
WALTER H. SWAYZE III, ESQ.
(pro hac vice)
Pennsylvania Bar No. 0059101
550 E. Swedesford Road, Suite 270
Wayne, PA 19087

DARRELL D. DENNIS, ESQ.
Nevada Bar No. 006618
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

BRANDON D. WRIGHT, ESQ.
Nevada Bar No. 13286
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511

Attorneys for Defendants,
BIOMET, INC., BIOMET ORTHOPEDICS, LLC, F/K/A BIOMET ORTHOPEDICS, INC., DJO GLOBAL, INC.; and ENCORE MEDICAL, L.P. D/B/A DJO SURGICAL

DATED this 15th day of July, 2020.

BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.

/s/ Wesley Chadwick Cook, Esq.
WESLEY CHADWICK COOK
Alabama Bar No. ASB-9513-L71C
(pro hac vice)
W. ROGER SMITH, III
Alabama Bar No. ASB-1691-I71S
(pro hac vice)
RYAN J. DUPLECHIN
Alabama Bar No. ASB-1264-Q27O
(pro hac vice)
Post Office Box 4160
Montgomery, Alabama 36103-4160

and

HUTCHISON & STEFFEN, PLLC.

DEVON T. REESE,
Nevada Bar No. 7496
JASON D. GUINASSO,
Nevada Bar No. 8478

ALEX R. VELTO
Nevada Bar No. 14961
500 Damonte Ranch Parkway, Suite 980
Reno, Nevada 89521

Attorneys for Plaintiff DEBRA GREGOIRE

IT IS SO ORDERED.

Dated: July 15, 2020

_____
UNITED STATES MAGISTRATE JUDGE

/ / /
/ / /
/ / /

4817-0552-9027.1        3

## ORDER

IT IS SO ORDERED.

Dated this ___ day of _____, 2020.

_____
U.S. DISTRICT COURT JUDGE