UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEBRA GREGOIRE,<br><br>                      Plaintiff,<br><br>v.<br><br>BIOMET, INC., *et al.*,<br><br>                      Defendants. | Case No. 3:20-CV-00077-ART-CLB<br><br>**ORDER SETTING STATUS CONFERENCE** |

On September 29, 2021, the Court granted the parties' Joint Motion to Stay this case, which requested the court impose a 60-day stay of the entire case and all deadlines. (ECF No. 74.) The Court further ordered the parties to file a joint status report at the end of the 60-day stay period. (*Id.*) The parties filed their joint status report on November 29, 2021. (ECF No. 75.) Thereafter, this case was reassigned to a new district court judge. However, no other action has been taken in this case since the filing of the joint status report in November, 2021.

Therefore, the Court will hold a Virtual Status Conference with the parties on **Friday, September 23, 2022**, at **10:00 a.m.** The court will send an email containing information required to join the Zoom video conference prior to the hearing date.

One week prior to the status conference, the parties shall file a joint case management report addressing the following items: (1) a detailed explanation of what discovery has been completed to date; (2) a detailed explanation of what discovery remains outstanding; and (3) a proposed updated discovery plan and scheduling order.

**DATED**: September 9, 2022

_____
**UNITED STATES MAGISTRATE JUDGE**