WALTER H. SWAYZE III, ESQ.
Pennsylvania Bar No. 0059101
Pete.Swayze@Lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 E. Swedesford Road, Suite 270
Wayne, PA 19087
T: (215) 977-4089
F: (215) 977-4101

JACK G. ANGARAN
Nevada Bar No. 711
Jack.Angaran@lewisbrisbois.com
BRANDON D. WRIGHT, ESQ.
Nevada Bar No. 13286
Brandon.Wright@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511
T: 775.827.6440
F: 775.827.9256

Attorneys for Defendants Biomet, Inc.,
Biomet Orthopedics, LLC fka Biomet
Orthopedics, Inc., DJO Global, Inc., and
Encore Medical, L.P. dba DJO Surgical

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| DEBRA GREGOIRE, an individual,<br><br>      Plaintiffs,<br><br>   vs.<br><br>BIOMET, INC., BIOMET ORTHOPEDICS, LLC, F/K/A BIOMET ORTHOPEDICS, INC., DJO GLOBAL, INC. AND ENCORE MEDICAL, L.P. D/B/A DJO SURGICAL<br><br>      Defendants. | CASE NO. 3:20-cv-00077-ART-CLB<br><br>**ORDER GRANTING NOTICE OF DISASSOCIATION OF COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST** |

TO:   Plaintiff and her counsel of record, Devon T. Reese, Hutchison & Steffen, PLLC, 500 Damonte Ranch Parkway, Suite 980, Reno, NV 89521 and W. Roger Smith, III, Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., P.O. Box 4160, Montgomery, Alabama 36103-4160.

PLEASE TAKE NOTICE that DANIEL C. HERSHKOWITZ, ESQ. will no longer be serving as counsel for Defendants, Biomet, Inc., and Biomet Orthopedics, LLC, fka Biomet

4874-0436-9714.2

Orthopedics, Inc., DJO Global, Inc., and Encore Medical, L.P. dba DJO Surgical. Defendants hereby request that he be removed from the CM/ECF Service List. Attorneys WALTER H. SWAYZE III, ESQ., JACK G. ANGARAN, ESQ. and BRANDON D. WRIGHT, ESQ. of the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, will continue as counsel of record for Defendants in the above entitled action.

DATED this 9th day of September, 2022.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By    /s/ Brandon D. Wright
WALTER H. SWAYZE III, ESQ.
Pennsylvania Bar No. 59101
JACK G. ANGARAN
Nevada Bar. No. 711
BRANDON D. WRIGHT
Nevada Bar No. 13286
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511
Tel. 775.827.6440

Attorneys for Defendants Biomet, Inc., Biomet Orthopedics, LLC fka Biomet Orthopedics, Inc., DJO Global, Inc., and Encore Medical, L.P. dba DJO Surgical

## ORDER

IT IS SO ORDERED.

DATED: September 12, 2022

_____
UNITED STATES MAGISTRATE JUDGE

4874-0436-9714.2

2