**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| DEBRA GREGOIRE,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>BIOMET, INC.,<br><br>　　　　　　　　　Defendant. | Case No. 3:20-CV-00077-ART-CLB<br><br>**ORDER STRIKING JOINT CASE MANAGEMENT REPORT AND DIRECTING PARTIES TO RESUBMIT**<br><br>[ECF No. 80] |

　　　　On September 29, 2021, the Court granted the parties' Joint Motion to Stay this case, which requested the Court impose a 60-day stay of the entire case and all deadlines. (ECF No. 74.) The Court further ordered the parties to file a joint status report at the end of the 60-day stay period. (*Id.*) The parties filed their joint status report on November 29, 2021. (ECF No. 75.) Thereafter, this case was reassigned to a new district court judge. However, no other action has been taken in this case since the filing of the joint status report in November 2021. Accordingly, on September 9, 2022, this Court (Magistrate Judge Carla Baldwin) issued an order setting a status conference for September 23, 2022. (ECF No. 78.) The parties were directed to file a joint case management report addressing **the following**: (1) a detailed explanation of what discovery has been completed to date; (2) a detailed explanation of what discovery remains outstanding; and (3) a proposed updated discovery plan and scheduling order. (*Id.*)

　　　　In response to the Court's order, counsel for Defendant, on behalf of all parties, submitted a letter addressed to District Court Judge Anne R. Traum that included <u>none</u> of the required items the undersigned ordered the parties to provide. (*See* ECF No. 80.) Based on the parties' failure to follow the Court's order, the letter docketed at ECF No. 80 is hereby **STRICKEN**. *See* LR IA 7-1(b).

///

The Court again orders, and explicitly directs, the parties to provide a joint case management report that shall include the following topics: (1) a detailed explanation of what discovery has been completed to date; (2) a detailed explanation of what discovery remains outstanding; and (3) a proposed updated discovery plan and scheduling order. The parties shall have until on or before **Monday, September 19, 2022 at 5:00 P.M.** to provide the Court with a joint case management report, which specifically addresses **each** of the above topics.

Counsel is cautioned that the failure to timely file a proper joint case management report the complies with the requirements of this order will result in sanctions. *See* LR IA 11-8.

**IT IS SO ORDERED.**

DATE: September 16, 2022.

_____
UNITED STATES MAGISTRATE JUDGE