UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEBRA GREGOIRE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BIOMET, INC.; BIOMET ORTHOPEDICS, LLC, F/K/A BIOMET ORTHOPEDICS, INC.; DJO GLOBAL, INC.; and ENCORE MEDICAL, L.P. D/B/A DJO SURGICAL, and DOES 1-500,<br><br>　　　　Defendants. | Case No.: 3:20-cv-00077 -ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　　Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties stipulate and agree to dismiss the action with prejudice as to all Defendants, with each party to bear its own costs, attorneys fees, and expenses.

Date: January 12, 2024

Respectfully submitted,

/s/ *Wesley Chadwick Cook*

Wesley Chadwick Cook (*pro hac vice*)
W. Roger Smith, III (*pro hac vice*)
Ryan J. Duplechin (*pro hac vice*)
**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax:    (334) 954-7555
Email: *Chad.Cook@BeasleyAllen.com*
       *Roger.Smith@BeasleyAllen.com*
       *Ryan.Duplechin@BeasleyAllen.com*

and

Devon T. Reese
**HUTCHISON & STEFFEN, PLLC**
500 Damonte Ranch Parkway, Suite 980
Reno, Nevada 89521
Telephone: (775) 853-8746
Facsimile: (775) 201-9611
Email: *dreese@hutchlegal.com*

*Counsel for Plaintiff*


/s/ *Kyle C. Allen*

Kyle C. Allen
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 E. Swedesford Road
Suite 270
Wayne, PA 19087
Phone: (215) 977-4082
Email: Kyle.Allen@lewisbrisbois.com

*Counsel for Defendants*

**IT IS SO ORDERED.**

Anne R. Traum
United States District Judge

DATED: January 16. 2024.